UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ABDUL SHABAZZ,** : | CIVIL ACTION NO. 3:18-cv-02016 (VLB) |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| **MCI HEALTHCARE LLC,** : | |
| d/b/a **MOUNTAINSIDE TREATMENT** : | |
| **CENTER** : | APRIL 20, 2020 |
| Defendants : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P.41(a)(1)(ii), undersigned counsel hereby file their Stipulation of Dismissal with Prejudice without costs to either party in the above entitled matter as a result of and part of the settlement of this matter.

| THE PLAINTIFF: | THE DEFENDANT: |
|---|---|
| Abdul Shabazz | MCI Healthcare LLC, d/b/a Mountainside Treatment Center. |

| | |
|---|---|
| By: /s/ | By: /s/ |
| Eugene Axelrod (ct00309) | James F. Shea (ct16750) |
| Axelrod & Associates, LLC | James.shea@jacksonlewis.com |
| 8 Lunar Drive | Allison P. Dearington (ct29277) |
| Woodbridge, CT 06525 | allison.dearington@jacksonlewis.com |
| P: 203-389-6526 | Jackson Lewis P.C. |
| F: 203-389-2656 | 90 State House Square, 8th Floor |
| eaxelrod@axelrodlegal.com | Hartford, CT 06103 |
| | P: (860) 522-0404 |
| | F: (860) 247-1330 |

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was filed electronically on April 20, 2020. Notice of this filing will be sent via e-mail to all parties by the operation of the Court's electronic filing system.

By      /s/
**Eugene Axelrod, Esq.**
**Axelrod & Associates, LLC**
**8 Lunar Drive**
**Woodbridge, CT 06525**
**Tel. (203) 389-6526**
**Fax (203) 389-2656**
**eaxelrod@axelrodlegal.com**